**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | FT Medical Group LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | DBA ID Tech Molecular Laboratories |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 81-3413905 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 777 Cleveland Ave<br>Suite 516<br>Atlanta, GA 30315 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Fulton | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    www.idtechmolecular.com

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor     FT Medical Group LLC                                                    Case number (if known) _____
_____
Name

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
____6215____

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. Check **all** that apply:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☒ No. |
|---|---|---|
| | If more than 2 cases, attach a separate list. | ☐ Yes. |

District _____ When _____ Case number _____
District _____ When _____ Case number _____

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☒ No |
|---|---|---|
| | | ☐ Yes. |

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor    FT Medical Group LLC _____    Case number (*if known*) _____

Name

---

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**   .

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐   $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   FT Medical Group LLC
    Name                                           Case number (*if known*)

---

**■ Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 18, 2023
               MM / DD / YYYY

**X** /s/  Darryle Farrar                        Darryle Farrar
    Signature of authorized representative of debtor          Printed name

Title    COO

**18. Signature of attorney**

**X** /s/ Ian Falcone                    Date   August 18, 2023
    Signature of attorney for debtor                      MM / DD / YYYY

Ian Falcone 254470
Printed name

The Falcone Law Firm, PC
Firm name

363 Lawrence St NE
Marietta, GA 30060-2056
Number, Street, City, State & ZIP Code

Contact phone   (770) 426-9359     Email address   imf@falconefirm.com

254470 GA
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    FT Medical Group LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒    *Schedule H: Codebtors* (Official Form 206H)
☒    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☒    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 18, 2023        **X** /s/   Darryle Farrar
                                       Signature of individual signing on behalf of debtor

                                       Darryle Farrar
                                       Printed name

                                       COO
                                       Position or relationship to debtor

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | FT Medical Group LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ADP Totalsource c/o Simpson Uchitel & Wilson One Ameris Center, Ste 1100 3490 Piedmont Rd Atlanta, GA 30305 | | Trade debt | | | | $160,217.96 |
| ADP-SBS c/o Leviton Law Firm One Pierce Place Suite 725W Itasca, IL 60143 | | Trade debt | | | | $44,602.85 |
| American Choice Capital LLC 1413 Ave J 3rd Floor Brooklyn, NY 11230 | | | | $93,875.00 | $0.00 | $93,875.00 |
| Beckman Coulter Diagnostic Div Headquarters 250 S. Kraemel Blvd Brea, CA 92821 | | | Disputed | $93,484.00 | $0.00 | $93,484.00 |
| Blade Funding 211 Blvd of the Americas Lakewood, NJ 08701 | | | | $52,000.00 | $0.00 | $52,000.00 |
| BSD Capital Inc dba Lendistry 777 S. Alameda St., 2nd Floor Los Angeles, CA 90021 | | | | $1,325,000.00 | $0.00 | $1,325,000.00 |
| Choice Financial Inc dba The Accounting Doctor 83 Wright Brothers Ave Livermore, CA 94551 | | services | | | | $77,550.00 |

Debtor  FT Medical Group LLC
_____     Case number *(if known)*  _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| First Citizens Bank & Trust Co PO Box 26592 Raleigh, NC 27611-6592 | | | | $283,013.63 | $0.00 | $283,013.63 |
| First Citizens Bank & Trust Co PO Box 26592 Raleigh, NC 27611-6592 | | Credit card purchases | | | | $83,728.72 |
| Healthrecon Connect LLC 550 Reserve Ste Suite 190 & 250 #21 Southlake, TX 76092 | | Default Judgment | | | | $170,659.85 |
| Jant Pharmacal 16530 Ventura Blvd Ste 512 Encino, CA 91436 | | Trade debt | | | | $150,027.00 |
| Kalmatta Capital 80 Broad Street Ste 1210 New York, NY 10004 | | Trade debt | | | | $120,049.00 |
| Lab Corp 531 South Spring Street Burlington, NC 27215 | | services | Disputed | | | $485,000.00 |
| Life Technologies Corporation c/o Howe Law Firm PC 4385 Kimball Bridge Rd, Ste 100 Alpharetta, GA 30022 | | Trade debt | | | | $142,413.00 |
| McKesson Corporation 6651 Gate Parkway Jacksonville, FL 32256 | | | | $93,000.00 | $0.00 | $93,000.00 |
| MGI Americas Inc c/o Anne R Grupp, Esq 1418 Carne Road, Ste 200 Ojai, CA 93023 | | Trade debt | Disputed | | | $148,991.19 |
| Openloop Healthcare Partners PC c/o The Kaplan Group 154 Addie Street Pismo Beach, CA 93449 | | Trade debt | | | | $57,271.65 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor   FT Medical Group LLC _____    Case number *(if known)* _____

          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Renasant Bank 3328 Peachtree Road 4th Floor Atlanta, GA 30326 | | | | $745,755.90 | $0.00 | $745,755.90 |
| Renasant Bank 3328 Peachtree Road 4th Floor Atlanta, GA 30326 | | | | $498,733.00 | $0.00 | $498,733.00 |
| Wave HDC 180 Main Street Unit 47 Butler, NJ 07405 | | Trade debt | Disputed | | | $110,731.54 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      FT Medical Group LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

 **1a. Real property:**
 Copy line 88 from *Schedule A/B*............................................................................................ $ 0.00

 **1b. Total personal property:**
 Copy line 91A from *Schedule A/B*......................................................................................... $ 1,153,142.78

 **1c. Total of all property:**
 Copy line 92 from *Schedule A/B*........................................................................................... $ 1,153,142.78

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
 Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................. $ 3,349,248.30

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

 **3a. Total claim amounts of priority unsecured claims:**
 Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $ 30,173.22

 **3b. Total amount of claims of nonpriority amount of unsecured claims:**
 Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$ 2,033,832.50

4.  **Total liabilities** ...........................................................................
 Lines 2 + 3a + 3b

 $ 5,413,254.02

| Fill in this information to identify the case: | |
|---|---|
| Debtor name __FT Medical Group LLC__ | |
| United States Bankruptcy Court for the: __NORTHERN DISTRICT OF GEORGIA__ | |
| Case number (if known) _____ | ☐ Check if this is an amended filing |

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | First Citizens Bank | Checking | 8913 | $535.98 |
| 3.2. | Renasant BAnk | Checking | 8187 | $353.28 |
| 3.3. | Wells Fargo | Checking | 8744 | $1,455.83 |
| 3.4. | Wells Fargo | Checking | 5975 | $2,400.39 |
| 3.5. | Wells Fargo | Checking | 3910 | $805.54 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $5,551.02

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                                            Best Case Bankruptcy

Debtor   FT Medical Group LLC _____   Case number *(if known)* _____
       Name

☐ No.   Go to Part 3.
☒ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

     7.1.   Security Deposit for Patient Service Center located at 2022 Fairburn Road, Ste D,
Douglasville, GA _____   $2,050.00

     7.2.   Security Deposit for Lease located at 777 Cleveland by Olympic _____   $7,250.00

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.   **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.   | $9,300.00 |

| Part 3: | **Accounts receivable** |

10. **Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11.   **Accounts receivable**

     11b. Over 90 days old:   _____598,892.65_____ - _____366,370.89_____ =....   $232,521.76
                      face amount            doubtful or uncollectible accounts

12.   **Total of Part 3.**

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.   | $232,521.76 |

| Part 4: | **Investments** |

13. **Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** | | | | |
| 22.   **Other inventory or supplies** Testing reagents, controls, open array chips | | Unknown | | $1,000.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    FT Medical Group LLC                                        Case number *(If known)* _____
        Name

23. **Total of Part 5.** | $1,000.00

Add lines 19 through 22.   Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☒ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Office funiure | Unknown | | $10,000.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>Computers and TVs | Unknown | | $5,000.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.** | $15,000.00

Add lines 39 through 42.   Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | FT Medical Group LLC | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

| | | | | |
|---|---|---|---|---|
| 47.1. | 2016 Infinity QX80 | $0.00 | | $25,000.00 |
| 47.2. | 2016 Mercedes Benz S550 | $0.00 | | $35,000.00 |
| 47.3. | 2019 Chevrolet Suburban | Unknown | | $27,000.00 |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| General office equipment | Unknown | | $5,000.00 |
| Lab Equipment and Furniture | Unknown | | $280,770.00 |

**51.** **Total of Part 8.**

Add lines 47 through 50.   Copy the total to line 87.

| |
|---|
| $372,770.00 |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                           Best Case Bankruptcy

Debtor     FT Medical Group LLC       Case number *(If known)* _____
       Name

|  | **Current value of debtor's interest** |
|---|---|

**71.**   **Notes receivable**
      Description (include name of obligor)

**72.**   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

      ERC Refund _____     Tax year _____     $517,000.00

**73.**   **Interests in insurance policies or annuities**

**74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.**   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.**   **Trusts, equitable or future interests in property**

**77.**   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.**   **Total of Part 11.**

      Add lines 71 through 77. Copy the total to line 90.       | $517,000.00 |

**79.**   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor    FT Medical Group LLC                                    Case number *(If known)* _____
_____Name_____

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,551.02 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $9,300.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $232,521.76 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $15,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $372,770.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $517,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,153,142.78 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,153,142.78 |

| Fill in this information to identify the case: |
|---|

Debtor name   FT Medical Group LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** Ally Bank

Creditor's Name

PO Box 380901
Minneapolis, MN 55438
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
2019 Chevrolet Suburban

**Describe the lien**
car lease
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $41,604.00    Value of collateral: $27,000.00

**2.2** American Choice Capital LLC

Creditor's Name
1413 Ave J
3rd Floor
Brooklyn, NY 11230
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
6.21.2023
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
Receivables, accounts, inventory, equipment

**Describe the lien**
UCC
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $93,875.00    Value of collateral: $0.00

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    FT Medical Group LLC
_____          Case number (if known) _____
          Name

| 2.3 | ASSN Company | Describe debtor's property that is subject to a lien | Unknown | $0.00 |

**ASSN Company**
Creditor's Name

PO Box 2575
Springfield, IL 62708
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
10/21/2022
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
All accounts of Debtor

**Describe the lien**
UCC
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

Unknown          $0.00

---

**Beckman Coulter**
2.4
Creditor's Name

Diagnostic Div Headquarters
250 S. Kraemel Blvd
Brea, CA 92821
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2 Lab instruments, Reagents and supplies

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

$93,484.00          $0.00

---

**Blade Funding**
2.5
Creditor's Name

211 Blvd of the Americas
Lakewood, NJ 08701
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor,

**Describe debtor's property that is subject to a lien**
all assets

**Describe the lien**
Judgment Lien
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

$52,000.00          $0.00

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    FT Medical Group LLC
_____
Name                                 Case number *(if known)* _____

|  | including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed |  |  |
|---|---|---|---|---|

---

**2.6**   **BSD Capital Inc**
_____
Creditor's Name

dba Lendistry
777 S. Alameda St., 2nd Floor
Los Angeles, CA 90021
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
3.1.2023
**Last 4 digits of account number**
0040

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| Describe debtor's property that is subject to a lien | $1,325,000.00 | $0.00 |
|---|---|---|
| Accounts, inventory, receivables | | |

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.7**   **CT Corp System**
_____
Creditor's Name

330 N. Brand Blvd, Ste 700
ATTN SPRS
Glendale, CA 91203
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
9/14/2022
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|
| Accounts, accounts receivable, inventory | | |

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.8**   **First Citizens Bank & Trust Co**
_____
Creditor's Name

PO Box 26592
Raleigh, NC 27611-6592
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
2/9/2022

| Describe debtor's property that is subject to a lien | $283,013.63 | $0.00 |
|---|---|---|
| MGISTP3000RS, OT-2 Robot, Necleic Acid Purification System | | |

**Describe the lien**
Equipment lease

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 3 of 9

Debtor  FT Medical Group LLC
        _____        Case number *(if known)* _____
        Name

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.9 | First Corp Solutions | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | Accounts including credit card receivables | | |

914 S. Street
Sacramento, CA 95811
Creditor's mailing address

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
11/29/2022

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☒ Disputed |

---

| 2.10 | McKesson Corporation | Describe debtor's property that is subject to a lien | $93,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | All assets of the Debtor wherever located 1st priority | | |

6651 Gate Parkway
Jacksonville, FL 32256
Creditor's mailing address

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
5/18/2020

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.11 | Nowaccount Network Corporation | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | accounts, deposit accounts | | |

800 Battery Ave Se
Suite 100
Atlanta, GA 30339
Creditor's mailing address

**Describe the lien**
UCC

**Is the creditor an insider or related party?**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 9

Debtor    FT Medical Group LLC           Case number *(if known)* _____

Name

---

Creditor's email address, if known

**Date debt was incurred**
9/30/2020

**Last 4 digits of account number** ____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.1 2**

Pinnacle Credit Union

Creditor's Name

536 North Ave
Atlanta, GA 30308

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
3/2020

**Last 4 digits of account number**
510

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**      $17,061.00      $25,000.00
2016 Infinity QX80

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 3**

PNC Bank

Creditor's Name

PO Box 747066
Pittsburg, PA

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
4/17

**Last 4 digits of account number** ____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**      $34,112.00      $35,000.00
2016 Mercedes Benz S550

**Describe the lien**
car note

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 4**

Renasant Bank

Creditor's Name

3328 Peachtree Road

**Describe debtor's property that is subject to a lien**      $29,337.35      $0.00
all assets wherever located

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 5 of 9

Debtor ___FT Medical Group LLC_____   Case number (if known) _____
　　　　Name

4th Floor
Atlanta, GA 30326
Creditor's mailing address

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
8/11/2022

**Last 4 digits of account number**
1353

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.15 | Renasant Bank | Describe debtor's property that is subject to a lien | $745,755.90 | $0.00 |
|------|---------------|--------|--------|--------|

Creditor's Name
3328 Peachtree Road
4th Floor
Atlanta, GA 30326
Creditor's mailing address

**Describe the lien**
Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
1352

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.16 | Renasant Bank | Describe debtor's property that is subject to a lien | $498,733.00 | $0.00 |
|------|---------------|--------|--------|--------|

Creditor's Name
3328 Peachtree Road
4th Floor
Atlanta, GA 30326
Creditor's mailing address

**Describe the lien**
Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
1354

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 9

| Debtor | FT Medical Group LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.1 7** Thermo Fisher Financial Services Inc

Creditor's Name

168 Third Ave
Waltham, MA 02451

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
12/1/2020

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
QS5 384W PCR Analyzer-LEASE $2032.07 monthly

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$12,192.42        $0.00

---

**2.1 8** Ultra Funding

Creditor's Name

50 Merrick Road,
Suite 203
Rockville Centre, NY 11570

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Accounts receivables, deposit accounts, inventory, equipment

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$30,080.00        $0.00

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**        $3,349,248.30

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Beckman Coulter
5350 Lakeview Parkway
Suite A
Indianapolis, IN 46268 | Line   2.4 | |

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 7 of 9

| Debtor | FT Medical Group LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Line |
|---|---|
| BSD Capital dba Lendistry<br>1735 Flight Way<br>Suite 450.<br> San Clemente, CA 92762 | Line __2.6__ |
| CSC<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 | Line __2.18__ |
| CSC<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 | Line __2.3__ |
| David Holcomb<br>900 Old Roswell Lakes Pkwy<br>Ste 310<br>Roswell, GA 30076 | Line __2.2__ |
| Erica Gilerman, Esq<br>515 Madison Ave, Ste 8108<br>New York, NY 10022 | Line __2.2__ |
| Gravity Auto Roswell<br>11170 Alpharetta HWY<br>Roswell, GA 30076 | Line __2.13__ |
| Katie Deriso<br>Nelson Mullins Riley & Scarborough<br>201. 17th Street, Ste 1700<br><br>Atlanta, GA 30363 | Line __2.14__ |
| Lien Solutions<br>PO Box 29071<br>Glendale, CA 91209 | Line __2.6__ |
| Lien Solutions<br>PO Box 29071<br>Glendale, CA 91209 | Line __2.7__ |
| Life Technologies<br>Lagunilla, Heredia<br>Building #3<br>Costa Rica | Line __2.17__ |
| Life Technologies<br>12088 Collections Center Dr<br>Chicago, IL 60693 | Line __2.17__ |
| McKesson inc<br>6555 State Highway 161<br>Irving, TX | Line __2.10__ |
| Pinnacle Credit Union<br>PO Box 17649<br>Atlanta, GA 30316 | Line __2.12__ |
| The Klein Law Firm LLC<br>PO Box 714<br>Lakewood, NJ 08701 | Line __2.5__ |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 8 of 9

Debtor    FT Medical Group LLC
_____
Name

Case number (if known) _____

Ultra Funding
1411 Carroll Street
Brooklyn, NY 11213

Line   2.18

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    FT Medical Group LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| | | $480.57 | $480.57 |

**2.1**
Priority creditor's name and mailing address
Carla Martin
6770 Buffington Rd
Apt 301
Union City, GA 30291

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
as of 8/16/2023

Basis for the claim:
unpaid wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

|  |  | Total claim | Priority amount |
|---|---|---|---|
| | | $1,133.00 | $1,133.00 |

**2.2**
Priority creditor's name and mailing address
Cireese Benson
135 Weeping Willow Way
Tyrone, GA 30290

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
as of 8/16

Basis for the claim:
unpaid wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

|  |  | Total claim | Priority amount |
|---|---|---|---|
| | | $4,167.43 | $4,167.43 |

**2.3**
Priority creditor's name and mailing address
Donna Werner
3069 Highway 138
Monroe, GA 30655

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
as of 8/16

Basis for the claim:
unpaid wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | FT Medical Group LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,345.25 | $5,345.25 |

Ehjayson Henry
106 Barts Drive
Atlanta, GA 30309

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
as of 8/16

**Basis for the claim:**
unpaid wages

**Last 4 digits of account number**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,696.94 | $2,696.94 |

Fonda Armstrong
3491 Cherry Blossom Court
Loganville, GA 30052

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
as of 8/16

**Basis for the claim:**
unpaid wages

**Last 4 digits of account number**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,596.31 | $1,596.31 |

Iniobong Archibong
8419 Willows Way
Riverdale, GA 30274

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
as of 8/16

**Basis for the claim:**
unpaid wages

**Last 4 digits of account number**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,211.86 | $2,211.86 |

Kierra Benjamin
280 Franklin Farms Circle
Barnesville, GA 30204

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
as of 8/16/2023

**Basis for the claim:**
unpaid wages

**Last 4 digits of account number**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,004.22 | $1,004.22 |

Myeiasha Weaver
3201 Downwood Circle
Atlanta, GA 30337

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
as of 8/16

**Basis for the claim:**
unpaid wages

**Last 4 digits of account number**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | FT Medical Group LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.9** | Priority creditor's name and mailing address
Natalie Miliam
2800 Camp Creek Parkway
JO8
College Park, GA 30037

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,396.83     $2,396.83

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| as of 8/16 | unpaid wages |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.10** | Priority creditor's name and mailing address
PaDreyia Wood
4694 Mason Road
South Fulton, GA 30349

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,122.14     $4,122.14

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| as of 8/16 | unpaid wages |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.11** | Priority creditor's name and mailing address
Scott Loden
1113 Wood Creek Trail
Roswell, GA 30076

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,331.03     $2,331.03

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| as of 8/16 | unpaid wages |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.12** | Priority creditor's name and mailing address
Travisha Taylor
5843 Three Lakes Drive
College Park, GA 30349

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,687.64     $2,687.64

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| as of 8/16 | unpaid wages |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | FT Medical Group LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $160,217.96 |
|---|---|---|---|
| | ADP Totalsource | | |
| | c/o Simpson Uchitel & Wilson | | |
| | One Ameris Center, Ste 1100 | ☐ Contingent | |
| | 3490 Piedmont Rd | ☐ Unliquidated | |
| | Atlanta, GA 30305 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $44,602.85 |
|---|---|---|---|
| | ADP-SBS | | |
| | c/o Leviton Law Firm | | |
| | One Pierce Place | ☐ Contingent | |
| | Suite 725W | ☐ Unliquidated | |
| | Itasca, IL 60143 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _QzWA_ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,898.00 |
|---|---|---|---|
| | American Express | | |
| | PO Box 981535 | ☐ Contingent | |
| | El Paso, TX 79998 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Credit card purchases_ | |
| | **Last 4 digits of account number** _1007_ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $21,115.00 |
|---|---|---|---|
| | American Express | | |
| | PO Box 981535 | ☐ Contingent | |
| | El Paso, TX 79998 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Credit card purchases_ | |
| | **Last 4 digits of account number** _2007_ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,100.00 |
|---|---|---|---|
| | American Express | | |
| | PO Box 981535 | ☐ Contingent | |
| | El Paso, TX 79998 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Credit card purchases_ | |
| | **Last 4 digits of account number** _7542_ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,140.00 |
|---|---|---|---|
| | American Proficiency | | |
| | 1159 Business Park Drive | ☐ Contingent | |
| | Traverse City, MI 49686 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $35,000.00 |
|---|---|---|---|
| | Arkstone | | |
| | 135 Rockaway Turnpike | | |
| | Ste 111 | ☐ Contingent | |
| | Lawrence, NY 11559 | ☐ Unliquidated | |
| | | ☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | FT Medical Group LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8**

**Nonpriority creditor's name and mailing address**
Biomedix Lab
3803 Parkwood Blvd
Ste 400
Frisco, TX 75034

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ☒ No   ☐ Yes

$2,930.71

---

**3.9**

**Nonpriority creditor's name and mailing address**
Chaiken Ghali LLP
One Atlantic Center
1201 Peachtree Street
Suite 2300
Atlanta, GA 30309

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  legal fees

Is the claim subject to offset? ☒ No   ☐ Yes

$9,520.00

---

**3.10**

**Nonpriority creditor's name and mailing address**
Choice Financial Inc
dba The Accounting Doctor
83 Wright Brothers Ave
Livermore, CA 94551

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  services

Is the claim subject to offset? ☒ No   ☐ Yes

$77,550.00

---

**3.11**

**Nonpriority creditor's name and mailing address**
Cliniprops
2202 Fairburn Road
Douglasville, GA 30135

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Lease for Patient Service Center

Is the claim subject to offset? ☒ No   ☐ Yes

Unknown

---

**3.12**

**Nonpriority creditor's name and mailing address**
First Citizens Bank & Trust Co
PO Box 26592
Raleigh, NC 27611-6592

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit card purchases

Is the claim subject to offset? ☒ No   ☐ Yes

$83,728.72

---

**3.13**

**Nonpriority creditor's name and mailing address**
Healthrecon Connect LLC
550 Reserve Ste
Suite 190 & 250 #21
Southlake, TX 76092

**Date(s) debt was incurred**  1/2020

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Default Judgment

Is the claim subject to offset? ☒ No   ☐ Yes

$170,659.85

---

**3.14**

**Nonpriority creditor's name and mailing address**
Integra
22 Friars Drive
Hudson, NH 03051

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  supplies

Is the claim subject to offset? ☒ No   ☐ Yes

$8,572.96

---

| Debtor | FT Medical Group LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $150,027.00 |
|---|---|---|---|

Jant Pharmacal
16530 Ventura Blvd
Ste 512
Encino, CA 91436

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $120,049.00 |
|---|---|---|---|

Kalmatta Capital
80 Broad Street
Ste 1210
New York, NY 10004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $485,000.00 |
|---|---|---|---|

Lab Corp
531 South Spring Street
Burlington, NC 27215

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** services

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $377.64 |
|---|---|---|---|

LEAF
PO Box 5066
Hartford, CT 06102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** services

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,581.80 |
|---|---|---|---|

Legal Partners Group Llc
134 North LasSalle Street
Ste 800
Chicago, IL 60602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** E-Document services

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $142,413.00 |
|---|---|---|---|

Life Technologies Corporation
c/o Howe Law Firm PC
4385 Kimball Bridge Rd, Ste 100
Alpharetta, GA 30022

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $27,500.00 |
|---|---|---|---|

LIMS ABC
500 East Broward Blvd
Ste 1710
Fort Lauderdale, FL 33394

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Contract- Lab information system

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

Debtor    FT Medical Group LLC
_____    Case number (if known) _____
Name

| | |
|---|---|

**3.22** Nonpriority creditor's name and mailing address                                                           $13,405.00

Med Supply
33333 Dequindre Road
Troy, MI 48083

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Supplies_

**Last 4 digits of account number** _          Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address                                                           $3,305.11

Mercedes Scientific
1221 Rangeland Pkwy
Lakewood, FL 34211

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _          Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address                                                           $148,991.19

MGI Americas Inc
c/o Anne R Grupp, Esq
1418 Carne Road, Ste 200
Ojai, CA 93023

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _          Is the claim subject to offset?  ☐ No   ☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address                                                           $560.00

Microscope Service Incorp
260 Manning Road SW
Unit 144
Marietta, GA 30064

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _services_

**Last 4 digits of account number** _          Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address                                                           $23,000.00

MSN
5314   16th Ave
Ste 139
Brooklyn, NY 11219

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt-MCA_

**Last 4 digits of account number** _          Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.27** Nonpriority creditor's name and mailing address                                                           $3,654.29

Nyppon
PO Box 25951
Shawnee Mission, KS 66225

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _services_

**Last 4 digits of account number** _          Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address                                                           Unknown

Olymbec USA LLC
2400 Herodian Way
Suite 20
Smyrna, GA 30080

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Lease-property_

**Last 4 digits of account number** _          Is the claim subject to offset?  ☒ No   ☐ Yes

---

| Debtor | FT Medical Group LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $34,900.00 |
|---|---|---|---|

Open Text
2440 Sand Hill Rd
Suite 302
Menlo Park, CA 94025

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Contract- PCC interface

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $57,271.65 |
|---|---|---|---|

Openloop Healthcare Partners PC
c/o The Kaplan Group
154 Addie Street
Pismo Beach, CA 93449

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  11/2021

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,150.00 |
|---|---|---|---|

Pharmozyne
1206 Mountain View-Alviso road
Ste B
Sunnyvale, CA 94089

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Priority Toxicology
6781 Londonderry Way
Union City, GA 30291

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  services

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $11,510.73 |
|---|---|---|---|

Promega
2800 Woods Hollow Rd
Madison, WI 53711

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $201.00 |
|---|---|---|---|

Randox
55 Diamond Rd
Crumlin, County Antrim, BT29 4QY
United Kingdom

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,350.00 |
|---|---|---|---|

Safety Plus
PO Box 2549
Chattanooga, TN 37409

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  services

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| Debtor | FT Medical Group LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.36** **Nonpriority creditor's name and mailing address**
Shadowbox
1596 North Coast Highway
Ste 101
Encinitas, CA 92024

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Contract for EMR interface

Is the claim subject to offset? ☒ No   ☐ Yes

Unknown

---

**3.37** **Nonpriority creditor's name and mailing address**
Southern Region Medical Center
11 Upper Riverdale Road
Riverdale, GA 30274

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ☒ No   ☐ Yes

$24,808.65

---

**3.38** **Nonpriority creditor's name and mailing address**
Staples Business Credit
POBox 105638
Atlanta, GA 30348

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit card purchases

Is the claim subject to offset? ☒ No   ☐ Yes

$2,394.06

---

**3.39** **Nonpriority creditor's name and mailing address**
Thomas Scientific
PO Box 99
Swedesboro, NJ 08085

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ☒ No   ☐ Yes

$26,384.81

---

**3.40** **Nonpriority creditor's name and mailing address**
TruMed
17250 Dallas Parkway
Suite 244
Dallas, TX 75248

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Contract-Lab information system

Is the claim subject to offset? ☒ No   ☐ Yes

Unknown

---

**3.41** **Nonpriority creditor's name and mailing address**
ULine
12575 ULine Drive
Pleasant Prairie, WI 53158

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ☒ No   ☐ Yes

$5,229.98

---

**3.42** **Nonpriority creditor's name and mailing address**
US Attorney's Office-NDGA
75 Ted Turner Drive #600
Atlanta, GA 30303

Date(s) debt was incurred _

Last 4 digits of account number  NDGA

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Potential Claim

Is the claim subject to offset? ☒ No   ☐ Yes

Unknown

---

**3.43** **Nonpriority creditor's name and mailing address**
Wave HDC
180 Main Street
Unit 47
Butler, NJ 07405

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ☒ No   ☐ Yes

$110,731.54

---

| Debtor | FT Medical Group LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Berkovitch & Bouskila LLC<br>1545 US 202<br>Pomona, NY 10970 | Line  3.16<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Cook Keith & Davis<br>ATTN Matt Jenkins<br>6688 North Central Expressway<br>Suite 100<br><br>Dallas, TX 75206 | Line  3.13<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Olymbec<br>333 Decarie, 5th Floor<br>St. Laurent, Quebec<br>Canada | Line  3.28<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Openloop Healthcare Partners<br>317   6th Ave<br>Suite 400<br>Des Moines, IA 50309 | Line  3.30<br>☐ Not listed. Explain ____ | _ |
| 4.5 | SRVH<br>150   3rd Ave South<br>Suite 1100<br>Nashville, TN 37201 | Line  3.13<br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 30,173.22 |
| **5b. Total claims from Part 2** | 5b.  + | $ | 2,033,832.50 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,064,005.72 |

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     FT Medical Group LLC

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF GEORGIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
   (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | 777 Cleveland ave | |
| | State the term remaining | May 31, 2025 | Olymbec USA LLC<br>2400 Herodian Way<br>Suite 20<br>Smyrna, GA 30080 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Lease space for Patient Service Center located at 2022 Fairburn rd, Ste D, Douglasville, GA 30135 | |
| | State the term remaining | May 4, 2026 | Cliniprops<br>2202 Fairburn Road<br>Douglasville, GA 30135 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | QS 5 PCR Analyzer | |
| | State the term remaining | | Thermo Fisher Financial Services Inc<br>168 Third Ave<br>Waltham, MA 02451 |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | 2 Lab Instruments, reagents and supplies | |
| | State the term remaining | | Beckman Coulter<br>Diagnostic Div Headquarters<br>250 S. Kraemel Blvd<br>Brea, CA 92821 |
| | List the contract number of any government contract | | |

Debtor 1    FT Medical Group LLC                                                                      Case number (*if known*) _____

    First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | EMR Interface solution | |
|---|---|---|---|
| | State the term remaining | | Shadowbox |
| | List the contract number of any government contract | | 1596 North Coast Highway |
| | | | Ste 101 |
| | | | Encinitas, CA 92024 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Lab information system | |
|---|---|---|---|
| | State the term remaining | | TruMed |
| | List the contract number of any government contract | | 17250 Dallas Parkway |
| | | | Suite 244 |
| | | | Dallas, TX 75248 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Lab Information system | |
|---|---|---|---|
| | State the term remaining | | LIMS ABC |
| | List the contract number of any government contract | | 500 East Broward Blvd |
| | | | Ste 1710 |
| | | | Fort Lauderdale, FL 33394 |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Reagent contract | |
|---|---|---|---|
| | State the term remaining | | McKesson Corporation |
| | List the contract number of any government contract | | 6651 Gate Parkway |
| | | | Jacksonville, FL 32256 |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | PCC interface | |
|---|---|---|---|
| | State the term remaining | | Open Text |
| | List the contract number of any government contract | | 2440 Sand Hill Rd |
| | | | Suite 302 |
| | | | Menlo Park, CA 94025 |

| Fill in this information to identify the case: |
|---|
| Debtor name ___FT Medical Group LLC___ |
| United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF GEORGIA___ |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.10 | Business Solution Services LLC | 950 Marietta Street Unit 2107 Atlanta, GA 30318 former LLC of Debtor's principal-Admin. Dissolved | First Corp Solutions | ☒ D ___2.9___ ☐ E/F _____ ☐ G _____ |
| 2.11 | Community Clinical Services LLC | 882 B Martin Luther King Drive Atlanta, GA 30314 former LLC of principals- Admin. Dissolved | First Corp Solutions | ☒ D ___2.9___ ☐ E/F _____ ☐ G _____ |
| 2.12 | D Tech Molecular Labs | 777 Cleveland Ave Ste 516 Atlanta, GA 30315 | ASSN Company | ☒ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.13 | Darryle Farrar | 6112 Troon Way Douglasville, GA 30135 | ASSN Company | ☒ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.14 | Darryle Farrar | 6112 Troon Way Douglasville, GA 30135 | First Corp Solutions | ☒ D ___2.9___ ☐ E/F _____ ☐ G _____ |
| 2.15 | Darryle Farrar | 6112 Troon Way Douglasville, GA 30135 | BSD Capital Inc | ☒ D ___2.6___ ☐ E/F _____ ☐ G _____ |

| Debtor | FT Medical Group LLC | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.16 | Darryle Farrar | 6112 Troon Way<br>Douglasville, GA 30135 | American Choice<br>Capital LLC | ☒ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.17 | Darryle Farrar | 6112 Troon Way<br>Douglasville, GA 30135 | PNC Bank | ☒ D __2.13__<br>☐ E/F _____<br>☐ G _____ |
| 2.18 | Darryle Farrar | 6112 Troon Way<br>Douglasville, GA 30135 | Pinnacle Credit Union | ☒ D __2.12__<br>☐ E/F _____<br>☐ G _____ |
| 2.19 | Darryle Farrar | 6112 Troon Way<br>Douglasville, GA 30135 | Blade Funding | ☒ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.20 | DNG Groceries<br>LLC | 777 Cleveland Ave<br>Ste 516<br>Atlanta, GA 30315<br>former LLC of Debtors principals-Dissolved | First Corp Solutions | ☒ D __2.9__<br>☐ E/F _____<br>☐ G _____ |
| 2.21 | DNG Groceries<br>LLC | 777 Cleveland Ave<br>Ste 516<br>Atlanta, GA 30315<br>former LLC of Debtors principals-Dissolved | Blade Funding | ☒ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.22 | D-Tech Molecular<br>Labs | 777 Cleveland Ave<br>Suite 516<br>Atlanta, GA 30354 | CT Corp System | ☒ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.23 | D-Tech Molecular<br>Labs | 777 Cleveland Ave<br><br>Atlanta, GA 30354 | First Corp Solutions | ☒ D __2.9__<br>☐ E/F _____<br>☐ G _____ |
| 2.24 | FT Molecular<br>Diagnostics LLC | 1001 Virgina Ave<br>Ste 360<br>Atlanta, GA 30354 | First Corp Solutions | ☒ D __2.9__<br>☐ E/F _____<br>☐ G _____ |

Debtor   FT Medical Group LLC _____     Case number *(if known)* _____

| | | |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                                 *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.25 | FT Molecular Diagnostics LLC | 1001 Virgina Ave Ste 360 Atlanta, GA 30354 | Healthrecon Connect LLC | ☐ D _____ ☒ E/F ___3.13___ ☐ G _____ |
| 2.26 | FT Molecular Diagnostics LLC | 1001 Virgina Ave Ste 360 Atlanta, GA 30354 | Blade Funding | ☒ D ___2.5___ ☐ E/F _____ ☐ G _____ |
| 2.27 | ID Tech Molecular | 777 Cleveland Ave Ste 516 Atlanta, GA 30315 | ASSN Company | ☒ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.28 | ID Tech Molecular | 777 Cleveland Ave Ste 516 Atlanta, GA 30315 | Blade Funding | ☒ D ___2.5___ ☐ E/F _____ ☐ G _____ |
| 2.29 | ID Tech Molecular Lab | 777 Cleveland Ave Ste 516 Atlanta, GA 30315 | ASSN Company | ☒ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.30 | ID Tech Molecular Laboratories | 777 Cleveland Ave Ste 516 Atlanta, GA 30315 | ASSN Company | ☒ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.31 | ID Tech Molecular Laboratory | 777 Cleveland Ave Ste 516 Atlanta, GA 30315 | ASSN Company | ☒ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.32 | ID Tech Molecular Laboratory | 777 Cleveland Ave Ste 516 Atlanta, GA 30315 | Healthrecon Connect LLC | ☐ D _____ ☒ E/F ___3.13___ ☐ G _____ |

Debtor    FT Medical Group LLC                                          Case number *(if known)* _____

---

| **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.33 | ID-Tech Molecular | 777 Cleveland Ave<br>Ste 516<br>Atlanta, GA 30315 | ASSN Company | ☒ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.34 | Lab Genius Inc | 777 Cleveland Ave<br><br>Atlanta, GA 30315<br>Corp owned by Debtor's principal and others | First Corp Solutions | ☒ D __2.9__<br>☐ E/F _____<br>☐ G _____ |
| 2.35 | Lab Genius Inc | 777 Cleveland Ave<br><br>Atlanta, GA 30315<br>Corp owned by Debtor's principal and others | Blade Funding | ☒ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.36 | Market Collective Group LLC | 4860 Promenade Drive<br>Atlanta, GA 30331<br>former LLC of Debtor principal- Admin.<br>Dissolved | First Corp Solutions | ☒ D __2.9__<br>☐ E/F _____<br>☐ G _____ |
| 2.37 | Market Collective Group LLC | 4860 Promenade Drive<br>Atlanta, GA 30331<br>former LLC of Debtor principal- Admin.<br>Dissolved | Blade Funding | ☒ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.38 | Medforce LLC | 1725 Marietta Rd<br>Atlanta, GA 30318<br>former LLC of Debtor's principal- Admin<br>Dissolved | First Corp Solutions | ☒ D __2.9__<br>☐ E/F _____<br>☐ G _____ |
| 2.39 | MedForce LLC | 777 Cleveland Ave<br>Ste 516<br>Atlanta, GA 30315<br>former LLC of Debtor's principal- Admin.<br>Dissolved | ASSN Company | ☒ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.40 | MedForce LLC | 777 Cleveland Ave<br>Ste 516<br>Atlanta, GA 30315<br>former LLC of Debtor's principal- Admin.<br>Dissolved | Blade Funding | ☒ D __2.5__<br>☐ E/F _____<br>☐ G _____ |

Debtor    FT Medical Group LLC                                              Case number *(if known)*  _____

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.41 | New South Research SMO LLC | 777 Cleveland Ave Ste 516 Atlanta, GA 30315 Admin. Dissolved | ASSN Company | ☒ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.42 | New South Research SMO LLC | 882 B. Martin Luther King Jr Dr Atlanta, GA 30314 Admin. Dissolved | First Corp Solutions | ☒ D ___2.9___ ☐ E/F _____ ☐ G _____ |
| 2.43 | Nile B. Thompson | 6067 Kingston Drive Douglasville, GA 30135 | First Corp Solutions | ☒ D ___2.9___ ☐ E/F _____ ☐ G _____ |
| 2.44 | Nile B. Thompson | 6067 Kingston Drive Douglasville, GA 30135 | BSD Capital Inc | ☒ D ___2.6___ ☐ E/F _____ ☐ G _____ |
| 2.45 | Nile B. Thompson | 6067 Kingston Drive Douglasville, GA 30135 | American Choice Capital LLC | ☒ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.46 | Nile B. Thompson | 6067 Kingston Drive Douglasville, GA 30135 | Ally Bank | ☒ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.47 | The Nutrition Group LLC | 777 Cleveland Ave Atlanta, GA 30315 Admin Dissolved | First Corp Solutions | ☒ D ___2.9___ ☐ E/F _____ ☐ G _____ |
| 2.48 | The Nutrition Group LLC | 777 Cleveland Ave Atlanta, GA 30315 Admin Dissolved | Blade Funding | ☒ D ___2.5___ ☐ E/F _____ ☐ G _____ |

| Fill in this information to identify the case: |
| --- |

Debtor name    FT Medical Group LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| From the beginning of the fiscal year to filing date:<br>From 01/01/2023 to Filing Date | ☒ Operating a business<br>☐ Other _____ | $1,673,253.00 |
| For prior year:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br>☐ Other _____ | $16,549,164.04 |
| For year before that:<br>From 01/01/2021 to 12/31/2021 | ☒ Operating a business<br>☐ Other _____ | $10,086,442.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- |
| | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor   FT Medical Group LLC _____   Case number *(if known)* _____

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. Renasant Bank<br>3328 Peachtree Road<br>4th Floor<br>Atlanta, GA 30326 | May 2023 | $7,928.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. First Citizens Bank & Trust Co<br>PO Box 26592<br>Raleigh, NC 27611-6592 | MAy 2023 | $6,973.00 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. Blade Funding | May, June<br>and July 2023 | $10,000.00 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. Kalmatta Capital | June and<br>July. 2023 | $15,600.00 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. Ultra Funding | July 2023 | $500.00 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. ADP-SBS<br>c/o Leviton Law Firm<br>One Pierce Place<br>Suite 725W<br>Itasca, IL 60143 | May 2023 | $120,559.92 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. Align<br>3926 Barron Street<br>Ste C204<br>Metairie, LA 70002 | May, June<br>and July 2023 | $16,534.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.8. Olymbec USA LLC<br>2400 Herodian Way<br>Suite 20<br>Smyrna, GA 30080 | June 2023 | $7,595.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_Rent_ |
| 3.9. McKesson Corporation<br>6651 Gate Parkway<br>Jacksonville, FL 32256 | May, June,<br>July 2023 | $55,201.81 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Debtor | FT Medical Group LLC | Case number *(if known)* | |
|---|---|---|---|

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  Nile B. Thompson 6067 Kingston Drive Douglasville, GA 30135 50% owner | Jan- Sept 2022 | $165,000.00 | Distribution |
| 4.2.  Darryle Farrar 6112 Troon Way Atlanta, GA 30135 50% owner | Jan-Sept 2022 | $165,000.00 | Distribution |
| 4.3.  Fred Young 2128 Hammock Trail Hampton, GA 30228 Chief Relations Officer | Jan-Sept 2022 | $165,000.00 | Compensation based on Company profit |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  American Choice Capital vs FT Medical Group LLC, Nile Thompson & Darryle Farrar | Collection | Supreme Court of the State of NY- Kings County 360 Adams Street Kings County Civic Center<br><br>Brooklyn, NY 11201 | ☒ Pending ☐ On appeal ☐ Concluded |
| 7.2.  Blade Funding Inc vs FT Medical Group LLC et all 709159/2023 | Collection | Supreme Court of State of NY- Queens County 25-10 Court Square Long Island City, NY 11101 | ☐ Pending ☐ On appeal ☒ Concluded |

Debtor    FT Medical Group LLC _____    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | Healthrecon Connect LLC vs Ft Molecular Diagnostics LLC<br>DC-23-06179 | Collection | District Court, Dallas County Tx, 14th District<br>600 Commerce, 1st Floor<br>Dallas, TX 75202 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | US Attorney's Office-NDGA<br>2022-43-NDGA | Civil Investigation Demand | Atlanta, GA 30303 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | The Falcone Law Firm<br>363 Lawrence Street<br>Marietta, GA 30060 | | July, August 2023 | $27,500.00 |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case

Debtor   FT Medical Group LLC _____   Case number *(if known)* _____

to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

Debtor    FT Medical Group LLC _____    Case number *(if known)* _____

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

**23.    Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

Debtor   FT Medical Group LLC _____   Case number *(if known)* _____

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | Regina Page CPA & Assoc 3915 Cascade Rd, Ste 200 Atlanta, GA 30331 | 2019-2021 |
| 26a.2. | Maurice Stewart Outsourced CFO Group 2302 Shadowood Parkway Atlanta, GA 30339 | 2019-2021 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Regina Page CPA & Assoc 3915 Cascade Rd, Ste 200 30331 | |
| 26c.2. | Maurice Stewart Outsourced CFO Group 2302 Shadowood Pkwy Atlanta, GA 30339 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Debtor    FT Medical Group LLC _____    Case number *(if known)* _____

☐ None

| Name and address |
|---|
| 26d.1.    Renasant Bank<br>3328 Peachtree Road<br>4th Floor<br>Atlanta, GA 30326 |
| 26d.2.    BSD Capital dba Lendistry<br>1735 Flight Way<br>Suite 450.<br>San Clemente, CA 92762 |
| 26d.3.    First Citizens Bank & Trust Co<br>PO Box 26592<br>Raleigh, NC 27611-6592 |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Nile B. Thompson | 6067 Kingston Drive<br>Douglasville, GA 30135 | | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Darryle Farrar | 6112 Troon Way<br>Douglasville, GA 30135 | | 50% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.    Nile B. Thompson<br>6067 Kingston Drive<br>Douglasville, GA 30135 | $165,000 | Jan- Sept 2022 | Distribution |
| Relationship to debtor<br>50% member | | | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    FT Medical Group LLC _____      Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | Darryle Farrar<br>6112 Troon Way<br>Atlanta, GA 30135 | $165,000.00 | Jan-Sept. 2022 | Distribution |
| | Relationship to debtor<br>50% member | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____August 18, 2023_____

/s/   Darryle Farrar _____      Darryle Farrar _____
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor ____COO____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## Northern District of Georgia

In re   FT Medical Group LLC                                  Case No. _____
                                           Debtor(s)             Chapter     11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Darryle Farrar<br>6112 Troon Way<br>Douglasville, GA 30135 | | | 50% |
| Nile B. Thompson<br>6067 Kingston Drive<br>Douglasville, GA 30135 | | | 50% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the COO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    August 18, 2023                        Signature   /s/  Darryle Farrar
                                                            Darryle Farrar

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Georgia

In re _FT Medical Group LLC_ _____    Case No. _____

                                      Debtor(s)                      Chapter    _11_

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation
    paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on
    behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .............................................................. $  _27,500 (inlcudes filing fee)_

    Prior to the filing of this statement I have received ................................................... $  _27,500 (includes filing fee)_

    Balance Due ..................................................................................................................... $  _0.00_

2.  The source of the compensation paid to me was:

    ☒ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☒ Debtor        ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy
    of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        All fees will be billed to the Client or Bankruptcy Estate at the rate of $400.00 per hour in increments of 1/10th of an hour, or any such other
        amount as determined by the court. Paralegals at $175.00 per hour and administrative assistants at $75.00 per hour. All rates are billed in
        increments of 1/10th of an hour with minimum of 2/10th per hour for any task.
        All fees are subject to court approval and any fees incurred after the filing of client's peition will not be dispersed until such agreement is
        approved by the court. In no case will client be billed directly nor will any additional fees be collected from client unless expressly authorized
        by the court.
        Attorney may send bills to client from time to time to keep lcinet informed of time incurred. Attorney shall not seek any additional
        compensation directly from client unless expressly authorized by the Court.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

| CERTIFICATION |
| --- |
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

_August 1, 2023_ _____          /s/Ian M Falcone _____
_Date_                                             Ian Falcone 254470
                                                   _Signature of Attorney_
                                                   The Falcone Law Firm, PC
                                                   363 Lawrence St NE
                                                   Marietta, GA 30060-2056
                                                   (770) 426-9359   Fax:
                                                   imf@falconefirm.com
                                                   _Name of law firm_

# United States Bankruptcy Court
## Northern District of Georgia

In re  FT Medical Group LLC _____    Case No. _____

_____    Chapter  11 _____
Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

I, the COO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the

best of my knowledge.

Date:    August 18, 2023 _____        /s/  Darryle Farrar _____

Darryle Farrar/COO

Signer/Title

ADP Totalsource
c/o Simpson Uchitel & Wilson
One Ameris Center, Ste 1100 3490 Piedmon
Atlanta, GA 30305


ADP-SBS
c/o Leviton Law Firm
One Pierce Place Suite 725W
Itasca, IL 60143


Ally Bank
PO Box 380901
Minneapolis, MN 55438


American Choice Capital LLC
1413 Ave J 3rd Floor
Brooklyn, NY 11230


American Express
PO Box 981535
El Paso, TX 79998


American Proficiency
1159 Business Park Drive
Traverse City, MI 49686


Arkstone
135 Rockaway Turnpike Ste 111
Lawrence, NY 11559


ASSN Company
PO Box 2575
Springfield, IL 62708


Beckman Coulter
Diagnostic Div Headquarters
250 S. Kraemel Blvd
Brea, CA 92821


Beckman Coulter
5350 Lakeview Parkway  Suite A
Indianapolis, IN 46268


Berkovitch & Bouskila LLC
1545 US 202
Pomona, NY 10970


Biomedix Lab
3803 Parkwood Blvd Ste 400
Frisco, TX 75034


Blade Funding
211 Blvd of the Americas
Lakewood, NJ 08701

BSD Capital dba Lendistry
1735 Flight Way Suite 450.
San Clemente, CA 92762


BSD Capital Inc
dba Lendistry
777 S. Alameda St., 2nd Floor
Los Angeles, CA 90021


Carla Martin
6770 Buffington Rd Apt 301
Union City, GA 30291


Chaiken Ghali LLP
One Atlantic Center
1201 Peachtree Street Suite 2300
Atlanta, GA 30309


Choice Financial Inc
dba The Accounting Doctor
83 Wright Brothers Ave
Livermore, CA 94551


Cireese Benson
135 Weeping Willow Way
Tyrone, GA 30290


Cliniprops
2202 Fairburn Road
Douglasville, GA 30135


Cook Keith & Davis
ATTN Matt Jenkins
6688 North Central Expressway Suite 100
Dallas, TX 75206


CSC
801 Adlai Stevenson Drive
Springfield, IL 62703


CT Corp System
ATTN SPRS
330 N. Brand Blvd, Ste 700
Glendale, CA 91203


Darryle Farrar
6112 Troon Way
Douglasville, GA 30135


David Holcomb
900 Old Roswell Lakes Pkwy Ste 310
Roswell, GA 30076


Donna Werner
3069 Highway 138
Monroe, GA 30655

Ehjayson Henry
106 Barts Drive
Atlanta, GA 30309

Erica Gilerman, Esq
515 Madison Ave, Ste 8108
New York, NY 10022

First Citizens Bank & Trust Co
PO Box 26592
Raleigh, NC 27611-6592

First Corp Solutions
914 S. Street
Sacramento, CA 95811

Fonda Armstrong
3491 Cherry Blossom Court
Loganville, GA 30052

FT Molecular Diagnostics LLC
1001 Virgina Ave Ste 360
Atlanta, GA 30354

Gravity Auto Roswell
11170 Alpharetta HWY
Roswell, GA 30076

Healthrecon Connect LLC
550 Reserve Ste Suite 190 & 250 #21
Southlake, TX 76092

ID Tech Molecular
777 Cleveland Ave Ste 516
Atlanta, GA 30315

Iniobong Archibong
8419 Willows Way
Riverdale, GA 30274

Integra
22 Friars Drive
Hudson, NH 03051

Jant Pharmacal
16530 Ventura Blvd Ste 512
Encino, CA 91436

Kalmatta Capital
80 Broad Street Ste 1210
New York, NY 10004

Katie Deriso
Nelson Mullins Riley & Scarborough
201. 17th Street, Ste 1700
Atlanta, GA 30363

Kierra Benjamin
280 Franklin Farms Circle
Barnesville, GA 30204

Lab Corp
531 South Spring Street
Burlington, NC 27215

Lab Genius Inc
777 Cleveland Ave
Atlanta, GA 30315

LEAF
PO Box 5066
Hartford, CT 06102

Legal Partners Group Llc
134 North LasSalle Street Ste 800
Chicago, IL 60602

Lien Solutions
PO Box 29071
Glendale, CA 91209

Life Technologies
Lagunilla, Heredia
Building #3 Costa Rica

Life Technologies
12088 Collections Center Dr
Chicago, IL 60693

Life Technologies Corporation
c/o Howe Law Firm PC
4385 Kimball Bridge Rd, Ste 100
Alpharetta, GA 30022

LIMS ABC
500 East Broward Blvd Ste 1710
Fort Lauderdale, FL 33394

McKesson Corporation
6651 Gate Parkway
Jacksonville, FL 32256

McKesson inc
6555 State Highway 161
Irving, TX

Med Supply
33333 Dequindre Road
Troy, MI 48083

Mercedes Scientific
1221 Rangeland Pkwy
Lakewood, FL 34211

```
MGI Americas Inc
c/o Anne R Grupp, Esq
1418 Carne Road, Ste 200
Ojai, CA 93023


Microscope Service Incorp
260 Manning Road SW Unit 144
Marietta, GA 30064


MSN
5314  16th Ave Ste 139
Brooklyn, NY 11219


Myeiasha Weaver
3201 Downwood Circle
Atlanta, GA 30337


Natalie Miliam
2800 Camp Creek Parkway  JO8
College Park, GA 30037


Nile B. Thompson
6067 Kingston Drive
Douglasville, GA 30135


Nowaccount Network Corporation
800 Battery Ave Se Suite 100
Atlanta, GA 30339


Nyppon
PO Box 25951
Shawnee Mission, KS 66225


Olymbec
333 Decarie, 5th Floor
St. Laurent, Quebec Canada


Olymbec USA LLC
2400 Herodian Way Suite 20
Smyrna, GA 30080


Open Text
2440 Sand Hill Rd Suite 302
Menlo Park, CA 94025


Openloop Healthcare Partners
317  6th Ave Suite 400
Des Moines, IA 50309


Openloop Healthcare Partners PC
c/o The Kaplan Group 154 Addie Street
Pismo Beach, CA 93449


PaDreyia Wood
4694 Mason Road
South Fulton, GA 30349
```

Pharmozyne
1206 Mountain View-Alviso road Ste B
Sunnyvale, CA 94089

Pinnacle Credit Union
536 North Ave
Atlanta, GA 30308

Pinnacle Credit Union
PO Box 17649
Atlanta, GA 30316

PNC Bank
PO Box 747066
Pittsburg, PA

Priority Toxicology
6781 Londonderry Way
Union City, GA 30291

Promega
2800 Woods Hollow Rd
Madison, WI 53711

Randox
55 Diamond Rd
Crumlin, County Antrim, BT29 4QY United

Renasant Bank
3328 Peachtree Road 4th Floor
Atlanta, GA 30326

Safety Plus
PO Box 2549
Chattanooga, TN 37409

Scott Loden
1113 Wood Creek Trail
Roswell, GA 30076

Shadowbox
1596 North Coast Highway Ste 101
Encinitas, CA 92024

Southern Region Medical Center
11 Upper Riverdale Road
Riverdale, GA 30274

SRVH
150  3rd Ave South Suite 1100
Nashville, TN 37201

Staples Business Credit
POBox 105638
Atlanta, GA 30348

The Klein Law Firm LLC
PO Box 714
Lakewood, NJ 08701


Thermo Fisher Financial Services Inc
168 Third Ave
Waltham, MA 02451


Thomas Scientific
PO Box 99
Swedesboro, NJ 08085


Travisha Taylor
5843 Three Lakes Drive
College Park, GA 30349


TruMed
17250 Dallas Parkway Suite 244
Dallas, TX 75248


ULine
12575 ULine Drive
Pleasant Prairie, WI 53158


Ultra Funding
50 Merrick Road,  Suite 203
Rockville Centre, NY 11570


Ultra Funding
1411 Carroll Street
Brooklyn, NY 11213


US Attorney's Office-NDGA
75 Ted Turner Drive #600
Atlanta, GA 30303


Wave HDC
180 Main Street Unit 47
Butler, NJ 07405

# United States Bankruptcy Court
## Northern District of Georgia

In re    FT Medical Group LLC

Debtor(s)

Case No.

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   FT Medical Group LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

August 18, 2023

Date

/s/ Ian Falcone

Ian Falcone 254470

Signature of Attorney or Litigant
Counsel for    FT Medical Group LLC

The Falcone Law Firm, PC

363 Lawrence St NE
Marietta, GA 30060-2056
(770) 426-9359  Fax:
imf@falconefirm.com